# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

M. RANDY RICE, as Chapter 7 Trustee                                                              PLAINTIFF

v.                                         No. 4:11CV00386 JLH

LUKEN COMMUNICATIONS, LLC;
and HENRY G. LUKEN, III                                                                       DEFENDANTS

## ORDER

Gregory H. Bevel, Scott M. DeWolf, and Kerry Ann Miller, of the law firm, Rochelle McCullough, LLP, have filed motions for admission *pro hac vice* to represent the Trustee as special counsel in this action. The motions are GRANTED. Documents #13, #14, and #15. The applicants designate the Trustee, M. Randy Rice, as local counsel. Gregory H. Bevel, Scott M. DeWolf, and Kerry Ann Miller are hereby admitted to appear before this Court as special counsel in this action.

IT IS SO ORDERED this 6th day of June, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE