## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

M. RANDY RICE, as Chapter 7 Trustee                                                                 PLAINTIFF

v.                                         No. 4:11CV00386 JLH

LUKEN COMMUNICATIONS, LLC                                                                          DEFENDANT

## ORDER

The complaint filed by M. Randy Rice, as Chapter 7 Trustee, against Luken Communications, LLC, satisfies the pleading requirements of the Federal Rules of Civil Procedure. Therefore, the motion for judgment on the pleadings is DENIED. Document #22.

IT IS SO ORDERED this 15th of November, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE