## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

M. RANDY RICE, as Chapter 7 Trustee                                                         PLAINTIFF

v.                                         No. 4:11CV00386 JLH

LUKEN COMMUNICATIONS, LLC                                                                 DEFENDANT

### ORDER

On January 24, 2012, the Trustee filed a motion to compel answers to discovery requests to which answers had not been forthcoming within the time prescribed by the Federal Rules of Civil Procedure. On February 27, 2012, the defendant filed a motion for extension of time to respond to the interrogatories and requests for production. In that motion, the defendant stated that it would produce answers and responses by Monday, March 5, 2012. The Trustee has replied, pointing out that the responses include some objections and noting that the objections were waived because the discovery responses were not timely. The Trustee has attached the defendant's objections and responses to the Trustee's first set of interrogatories.

The Trustee is correct that objections to discovery responses are waived if not asserted within the time prescribed by the Federal Rules of Civil Procedure. The objections and responses to the first set of interrogatories include eleven general objections, all of which are stricken. The specific answers to interrogatories include objections to interrogatory Nos. 19 and 20. The Court orders the defendant to supplement its answers to interrogatory Nos. 19 and 20 within fourteen days from the entry of this Order. The defendant also must submit a second set of answers to interrogatories with the general objections deleted. Any answer in response to which information was withheld based on one of the general objections must be supplemented.

The motion to compel is granted.  Document #40.  The motion for an extension of time is denied.  Document #41.

IT IS SO ORDERED this 20th of March, 2012.

```
                                    _____
                                    J. LEON HOLMES
                                    UNITED STATES DISTRICT JUDGE
```