**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**M. RANDY RICE, as Chapter 7 Trustee**                                        **PLAINTIFF**

**v.**                                   **CASE NO. 4:11CV00386 KGB**

**LUKEN COMMUNICATIONS, LLC**                                    **DEFENDANT**

**ORDER**

Gregory H. Bevel, Kerry Ann Miller, M. Randy Rice, Scott M. DeWolf, Allison Rantisi

Gladden, and James E. Smith, Jr., counsel in this matter, as well as Paul French and Henry Luken,

are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the

Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas, on Monday, June 17,

2013, through the duration of the trial subject to the following rules:

(a)     The devices mentioned above may not be used to record, photograph, or film anyone

or anything inside the courthouse.

(b)     Cell phones must be turned off and put away when in the courtroom.

(c)     Wireless internet components of electronic devices must be deactivated when in

district courtrooms.

(d)     Before persons with electronic devices are granted entry into the courthouse, all

devices must be examined by the United States Marshals Service or Court Security

Personnel.  This examination includes, but is not limited to placing the device

through electronic screening machines and requiring the person possessing the

device to turn the power to the device off and on.

(e)     The United States Marshals Service may further restrict electronic devices from

entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SO ORDERED this 17th day of June, 2013.

_____
Kristine G. Baker
United States District Judge