**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**M. RANDY RICE, as Chapter 7 Trustee**                                                              **PLAINTIFF**

**v.**                                      **Case No. 4:11-cv-00386-KGB**

**LUKEN COMMUNICATIONS, LLC**                                                              **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 17th day of June, 2013.  Plaintiff M. Randy Rice, as Chapter 7 Trustee ("Trustee Rice"), appeared through his attorneys Gregory H. Bevel, Kerry Ann Miller, and Scott M. DeWolf.  Defendant Luken Communications, LLC appeared through its attorneys James E. Smith and Allison Rantisi Gladden.  All parties announced ready for trial.  A jury of twelve was selected and sworn.

On June 21, 2013, the jury returned a verdict as follows:

# **VERDICT FORM**

Your verdict on Trustee Rice's claim will be determined by your answers to the following questions.  Please make sure that you read the questions and notes carefully because they explain the order in which the questions should be answered and which questions may be skipped.

**Question 1:**

Do you find that the RTN transfer to Luken Communications was a constructively fraudulent transfer as defined in Instruction No. 9?

Answer:      YES __X__      NO _____

NOTE:  If you answered "NO" to Question 1, please stop and have your foreperson sign and date this form.  If you answered "YES" to Question 1, please proceed to Question 2.

**Question 2:**

Please state the amount of damages the Trustee has proved by a preponderance of the evidence, if any, as defined in Instruction No. 11.

$ _47.4 million_____

NOTE:  If you answered Question 2, please have your foreperson sign and date this form.

                                _/s/ *Jimmy E. Lilly*_____
                                Foreperson

Date:  _6-21-2013_____

Judgment is entered on the jury's verdict and in accordance with the Court's findings of fact and conclusions of law of even date in favor of Trustee Rice.[1]

SO ORDERED this the 16th day of August, 2013.

_____
Kristine G. Baker
United States District Judge

---

[1] Trustee Rice is entitled to only one satisfaction of the Judgment.  11 U.S.C. § 550(d).