IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**M. RANDY RICE, as Chapter 7 Trustee**                                                **PLAINTIFF**

v.                              Case No. 4:11-cv-00386-KGB

**LUKEN COMMUNICATIONS, LLC**                                                           **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion for order setting aside the judgment and dismissing this case with prejudice (Dkt. No. 174). The joint motion represents that the parties have fully and finally settled this matter and that the settlement provides for the August 16, 2013, judgment in favor of the plaintiff to be set aside and for this case to be dismissed. For good cause shown, the motion is granted. The Court hereby sets aside and vacates the judgment entered in this case on August 16, 2013 (Dkt. No. 148), and the Court dismisses this case with prejudice.

SO ORDERED this the 28th day of October, 2014.

_____
Kristine G. Baker
United States District Judge